563 U.S. 958, 131 S. Ct. 2148, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2923.

April 18, 2011. Petition for rehearing denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1254, 131 S. Ct. 1570, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1815.

**No. 10-502. Joseph Dixon, Petitioner v. Deutsche Bank National Trust Company, et al.**

563 U.S. 958, 131 S. Ct. 2149, 179 L. Ed. 2d 932, 2011 U.S. LEXIS 2930.

April 18, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed. 2d 750, 2011 U.S. LEXIS 106.